James M. Gorski
ABA No. 7710123
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone: 907-263-8255
Facsimile: 907-263-8320

Attorneys for The Society of Jesus, Oregon Province

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES DOES 59 through 71, JAMES DOE 73 through 94, JANET DOE 4 through 7, and JEAN DOE 3 through 6,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SOCIETY OF JESUS, OREGON PROVINCE; THE SOCIETY OF JESUS, ALASKA; THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICHOLAS, SJ AND HIS PREDECESSORS; THE PIONEER EDUCATIONAL SOCIETY; FATHER STEPHEN SUNDBORG, S.J.; ANTON SMARIO; FATHER HENRY G. HARGREAVES; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. _____<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027** |

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 1 of 5

# NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027

PLEASE TAKE NOTICE that Defendant, **The Society of Jesus, Oregon Province ("the Province"),** has removed the above-captioned action to this court, based on the following facts:

1. On February 17, 2009 (the "Petition Date"), the Province filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Oregon, Portland Division. The Province's Chapter 11 case is being administered under bankruptcy case no. 09-30938-ELP.

2. The above referenced state action was commenced prior to the Petition Date by the filing of a complaint in the Superior Court for the State of Alaska, Fourth Judicial District at Bethel.

3. The claims raised in this case may be removed to this Court. Removal is proper because the claims are: (a) asserted in a civil action; (b) not exempt from removal; and (c) this Court has subject matter jurisdiction over the removed claims pursuant to 28 U.S.C. §§1441, 1452 and 1334. These claims raise federal questions and are related to the Defendant's bankruptcy proceeding. *See Calumet National Bank v. Levine,* 179 B.R. 117, 120 (N.D. Ind. 1995) (stating that "related to" jurisdiction includes tort claims that "might result in a substantial judgment against [the debtor] and, in turn, a claim against the bankruptcy estate").

4. Pursuant to 28 U.S.C. § 1452 and BR 9027(a)(1), this court is the proper venue for removal because notice of removal is filed in "the district court for the district where [plaintiffs'] civil action is pending." And with the "clerk for the district

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 2 of 5

Case 4:09-cv-00008-RRB   Document 1   Filed 02/27/09   Page 2 of 5

and division within which is located the state or federal court where the civil action is pending."

5. Removal is timely pursuant to BR 9027(a)(2) because the claims were pending before the Petition Date and this Notice has been filed within 90 days of the Order for Relief from the Bankruptcy Court.

6. Consent of co-defendants, if any, is not necessary for removal under 28 U.S.C. § 1452. *See Cal. Pub. Empl. Ret. Sys. v. Worldcom, Inc.*, 368 F.3d 86 (2d Cir. 2004).

7. Upon removal, all proceedings with respect to the removed claims and causes of action are core proceedings except the liquidation or estimation of contingent or unliquidated personal injury tort against the bankruptcy estate for purposes of distribution in the Bankruptcy Case. 28 USC § 157(b)(2)(B). As to any non-core proceedings concerning such claims, Defendant consents to entry of final orders or judgment by the bankruptcy judge, but only if the case is transferred to the United States District Court or the United States Bankruptcy Court for the District of Oregon.

8. Copies of all process, pleadings and orders in the state court action will be filed with the court upon receipt from the Bethel court. Because the pleadings are on file in that state court, the Province respectfully requests a period of at least thirty (30) days to procure and assemble such documentation.

Pursuant to BR 9027(b), a copy of this Notice and related documents has been served on counsel of record for all parties.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 3 of 5

Case 4:09-cv-00008-RRB   Document 1   Filed 02/27/09   Page 3 of 5

DATED at Anchorage, Alaska, this 27th day of February, 2009.

HUGHES PFIFFNER GORSKI
& ODSEN, LLC, Attorneys for Defendants,
The Society of Jesus, Oregon Province and
The Society of Jesus, Alaska

278047

By: s/James M. Gorski
James M. Gorski
ABA No. 7710123
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: JMG@hpglaw.net

I hereby certify that a true and correct copy of the foregoing was mailed this 27th day of February, 2009 to:

Kenneth S. Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

Timothy M. Lynch
Lynch & Associates, PC
425 G Street, Suite 420
Anchorage, Alaska 99501

Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Ave. Suite 500
Anchorage, AK 99501

Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 4 of 5

Richard Hansen
Schwabe Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 Southwest Fifth Avenue
Portland, OR 97204-3795

s/James M. Gorski

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 5 of 5