IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT Bethel

James Doe 59 through 71, James Doe 73 )
through 94, Janet Roe 4 through 7 )
and Jean Doe 3 through 6 )
)
)
Plaintiff(s), )
vs. The Society of Jesus Oregon )
Province; The Society of Jesus Alaska )
The Society of Jesus Father General Adolfo )
Nicolas, SJ and his Predecessors; The )
Pioneer Educational Society; Father Stephen )
Sundborg, S.J.; Anton Smario )
Father Henry H. Hargreaves; and Does 1 )
through 100, inclusive )
Defendant(s). )

CASE NO. 4BE-09-14 _____ CI

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

The Society of Jesus Oregon Province
To Defendant: Mark Stayer 1211 SW 5th Ave Ste. 1700 Portland OR 97204

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at
(address): Clerk of Court Box 130 Bethel AK 99559-0130
within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:

Plaintiff's attorney or plaintiff (if unrepresented): Cooke Roosa LLC
Address: 3700 Jewel Lake Rd
Anchorage AK 99502

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge DeVaney .

(SEAL)

_____ _____
Date

CLERK OF COURT

By: _____
Deputy Clerk

*The state or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to
file your answer.

CIV-100 (2/06)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT OF THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT **BETHEL**

| | |
|---|---|
| JAMES DOE 59 through 71, JAMES DOE 73 through 94, JANET DOE 4 through 7, and JEAN DOE 3 through 6,<br><br>              Plaintiffs,<br><br>   vs.<br><br>THE SOCIETY OF JESUS, OREGON PROVINCE; THE SOCIETYOF JESUS ALASKA; THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICOLAS, SJ AND HIS PREDECESSORS; THE PIONEER EDUCATIONAL SOCIETY; FATHER STEPHEN SUNDBORG, S.J.; ANTON SMARIO; FATHER HENRY G. HARGREAVES; and DOES 1 through 100, inclusive,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4BE-09-14 CI |

**DEMAND FOR JURY TRIAL**

     Plaintiffs JAMES DOE 59 through 71, JAMES DOE 73through 94, JANET DOE 4 through 7, and JEAN DOE 3 through 6, hereby demand trial by jury as to each and every issue in this matter so triable.

     Dated at Anchorage, Alaska this _____ day of January, 2009.

                      COOKE ROOSA, LLC
                      Attorneys for Plaintiffs

     By:_____
          Kenneth S. Roosa    ABA No. 8306061

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

## CERTIFICATE OF SERVICE

I, David Roosa, certify that I am employed as a legal assistant at the law offices of Cooke Roosa, LLC and that on the 21st day of January, 2009, I caused a true and correct copy of the foregoing document, including attachments, to be served by first class mail with the complaint on:

Society of Jesus, Oregon Province
Mark A. Stayer
1211 SW 5th Ave, Ste 1700
Portland, OR 97204

Society of Jesus, Alaska
Paul M. Cochran
P.O. Box 49
St. Mary's, AK 99658

SOJ Father General Adolfo Nicolas SJ and his predecessors
Society of Jesus
Curia Generalizia
Borgo Santo Spirito #4
0195 Roma-Prati, Italy

Pioneer Education Society
Michael A. Tyrell
3215 SE 45th Ave
Portland, OR 97206

Fr. Stephan Sundborg
901 12th Ave
P.O. Box 222000
Seattle, WA 98122-0109

Anton Smario
3724 Merridan St.
Concord, CA 94518

Henry Hargreaves
Regis Jesuit Community
1107 North Astor St.
        Spokane, WA 99202-1724

David P Roosa
Assistant to Chris R. Cooke
and Kenneth S. Roosa

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

IN THE SUPERIOR COURT OF THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT **BETHEL**

JAMES DOE 59 through 71, JAMES DOE 73 )
through 94, JANET DOE 4 through 7, and )
JEAN DOE 3 through 6, )
                                       )
                    Plaintiffs, )
                                       )
        vs. )
                                       )
THE SOCIETY OF JESUS, OREGON )
PROVINCE; THE SOCIETYOF JESUS )
ALASKA; THE SOCIETY OF JESUS, )
FATHER GENERAL ADOLFO NICOLAS, SJ )
AND HIS PREDECESSORS; THE PIONEER )
EDUCATIONAL SOCIETY; FATHER )
STEPHEN SUNDBORG, S.J.; ANTON )
SMARIO; FATHER HENRY G. )
HARGREAVES; and DOES 1 through 100, )
inclusive, )
                                       )
                    Defendants. )
                                       )
_____)   Case No. 4BE-09-_00149 CI

FILED
STATE OF ALASKA
FOURTH DISTRICT
CLERK, TRIAL COURTS
2009 JAN 13 P 3: 48
BY
DEPUTY CLERK

## **COMPLAINT**

Plaintiffs JAMES DOE[1] 59 through 71, JAMES DOE 73 through 94, JANET DOE

4 through 7, and JEAN DOE 3 through 6, by and through their attorneys Cooke Roosa,

LLC, and Manly & Stewart, complain and allege as follows:

## ALLEGATIONS COMMON TO ALL CLAIMS

1.      Plaintiffs, JAMES DOE 59 through 71, JAMES DOE 73 through 94,

JANET DOE 4 through 7, and JEAN DOE 3 through 6, at the time of the wrongful

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

---

[1] The DOE names in this complaint are pseudonyms, used to protect the identities of the plaintiffs in this case. The true names of the plaintiffs, and the correlative pseudonyms for each, will be filed with the court under seal.

1

conduct described herein, were residents of Nulato, Hooper Bay, Stebbins, Chevak, Mountain Village, Nunam Iqua or St. Michael, Alaska. Because the events described in this Complaint are of an extremely personal and sensitive nature and occurred during the minority of all of the named Plaintiffs, all Plaintiffs choose to identify themselves only by pseudonyms in the public documents filed in this case.

2.     Defendant SOCIETY OF JESUS, OREGON PROVINCE (also referred to herein as the Oregon Province or the Jesuits) is a foreign corporation incorporated in Oregon on February 21, 1918. Its agent for service of process is Mark A. Stayer, 1211 SW Fifth Ave., Ste. 1700, Portland, OR, 97204. The chief operating officer of defendant Oregon Province is Father Patrick J. Lee, S.J. He is the person personally responsible for the personnel and operations of Oregon Province, which reaches from Point Barrow, Alaska, to Southern Oregon and from the Pacific Ocean to the plains of Eastern Montana. According to the Province's website (www.nwjesuits.org) some 320 Jesuit priests work in the province, serving 15,000 students at two universities and four high schools, parishioners, and Native American missions, including those facilities located in Bethel and Dillingham, Alaska. Upon ordination, each and every Jesuit priest of defendant Society of Jesus, Oregon Province, vows poverty, complete continence and obedience to the Pope, and/or his religious supervisors and their successors. In addition, the Society of Jesus, Oregon Province is responsible for the supervision and the behavior of each and every Jesuit Priest and non-Jesuit Lay Volunteer working with or under the supervision of a Jesuit priest, or who is assigned to any location within the Province.

3.     Defendant Society of Jesus, Alaska (also referred to herein as the Alaska

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

2

Jesuits or jointly with the Oregon Province as the Jesuit defendants) is a domestic corporation sole, incorporated in Alaska on July 31, 1964. Its principal office in Alaska is located at 1318 Peger Road, Fairbanks, Alaska, 99709. Its agent for service of process is Paul M. Cochran, P.O. Box 49, St. Mary's, Alaska, 99658. The sole shareholder of defendant Alaska Jesuits is Father Patrick J. Lee, S.J, the Provincial and chief operating officer of the Society of Jesus, Oregon Province. He is the person personally responsible for the personnel and operations of defendant Alaska Jesuits, which, (according to its amended and restated Articles of Incorporation on file with the State of Alaska Department of Commerce and Economic Development, Corporations Section) exists to further the interests of the Society of Jesus and to acquire property and things of value and to "generally deal with and improve the property of the corporation." In addition, the Society of Jesus, Alaska is responsible for the supervision and the behavior of each and every Jesuit Priest and non-Jesuit Lay Volunteer working with or under the supervision of a Jesuit priest, or who is assigned to any location within the State of Alaska.

4.     Defendant THE SOCIETY OF JESUS, FATHER GENERAL ADOLFO NICOLAS SJ AND HIS PREDECESSORS (hereinafter referred to as "Father General") is a foreign religious entity, with its headquarters in Rome, Italy and operating and controlling numerous regional offices all over the world. Father General Adolfo Nicolas functions in two ways. First, the Father General owns and controls the assets of the Society of Jesus worldwide. Second, the Father General exerts complete control over the Order worldwide in an essentially monarchial fashion as applied to all Jesuits priests and members of the Society of Jesus. Each and every member of the Society of Jesus owes the Father General

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

3

absolute obedience. Failure to fulfill this duty of absolute obedience is grounds for immediate removal by the Father General. The Father General's authority is, in part, set forth in the Society of Jesus' General Congregation 35, Decree 5, page 36, paragraph 7 and in the Constitutions of the Society of Jesus, numbers 666 and 719.

5.      Defendant the Pioneer Educational Society (also referred to herein as Pioneer or jointly with the Oregon Province, the Alaska Jesuits and the Father General as the Jesuit defendants) is a foreign religious non-profit corporation, incorporated in Oregon on August 18, 1919. Its principal offices are located at 3215 SE 45th Avenue, Portland, Oregon, 97206 (this is also the address of the Provincial of the Oregon Jesuits, Patrick J. Lee, S.J.) and 1107 N Astor, Spokane, Washington, 99202. At all times relevant hereto, the President, Vice-President, Secretary and other officers of the Pioneer Educational Society were members of the Oregon Province of the Society of Jesus. Currently, the President of the Pioneer Educational Society is the Provincial of the Oregon Jesuits, Patrick J. Lee, S.J. The current Vice-President of the Pioneer Educational Society is Thomas Lankenau, the Socius of the Oregon Jesuits. At all times since its incorporation, the Pioneer Educational Society's officers have been high ranking members of the Oregon Jesuits, including but not limited to the Provincials, Socius' and Treasurers of the Oregon Jesuits. Its agent for service of process is Michael A. Tyrrell (the current Treasurer of the Oregon Jesuits and a former Socius of the Oregon Jesuits), 3215 SE 45th Avenue, Portland, Oregon, 97206. Defendant the Pioneer Educational Society is, and at all times relevant hereto was, an alter ego of defendant the Oregon Province of the Society of Jesus. The Pioneer Educational Society and the Oregon Province of the Society of Jesus have, at all times relevant hereto,

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

4

shared a unity of interest and ownership.

6.      At all times mentioned herein, each and every Defendant was an employee, agent, and/or servant of all named defendants and DOES 1 through 100, inclusive, and/or was under their complete control and/or active supervision.  Defendants and each of them are individuals, corporations, partnerships and/or other entities that engaged in, joined in, and conspired together and with Defendants and wrongdoers in carrying out the tortuous and unlawful activities described in this Complaint.

7.      Defendants DOES 1 through 100, inclusive, and each of them, are sued herein under fictitious names.  Plaintiff is ignorant as to the true names and capacities of DOES 7 through 100, whether individual, corporate, associate, or otherwise, and therefore sue these Defendants by fictitious names.  When their true names and capacities are ascertained, Plaintiff will request leave of Court to amend this Complaint to state their true names and capacities herein.

8.  Plaintiff is informed and believes, and on that basis alleges, that at all times mentioned herein, each fictitiously named Defendant was responsible in some manner or capacity for the occurrences herein alleged, and that Plaintiffs' damages, as herein alleged, were proximately caused by all said DOE Defendants.

9.      Each and every named defendant, and DOES 1 through 100, inclusive, are sometimes collectively referred to herein as "Defendants" and/or as "All Defendants"; such collective reference refers to all specifically named Defendants as well as those fictitiously named herein.

10.     Plaintiff is informed and believes, and on that basis alleges, that at all times

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

5

mentioned herein, there existed a unity of interest and ownership among Defendants and each of them, such that any individuality and separateness between Defendants, and each of them, ceased to exist. Defendants and each of them, were the successors-in-interest and/or alter egos of the other Defendants, and each of them, in that they purchased, controlled, dominated and operated each other without any separate identity, observation of formalities, or other manner of division. To continue maintaining the facade of a separate and individual existence between and among Defendants, and each of them, would serve to perpetrate a fraud and an injustice.

11.    Plaintiff is informed and believes, and on that basis alleges, that at all times mentioned herein, Defendants and each of them were the agents, representatives and/or employees of each and every other Defendant. In doing the things hereinafter alleged, Defendants and each of them, were acting within the course and scope of said alternative personality, capacity, identity, agency, representation and/or employment and were within the scope of their authority, whether actual or apparent.

12.    Plaintiff is informed and believes, and on that basis alleges, that at all times mentioned herein, Defendants and each of them were the trustees, partners, servants, joint venturers, shareholders, contractors, and/or employees of each and every other Defendant, and the acts and omissions herein alleged were done by them, acting individually, through such capacity and within the scope of their authority, and with the permission and consent of each and every other Defendant and that said conduct was thereafter ratified by each and every other Defendant, and that each of them is jointly and severally liable to Plaintiff.

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

13.     Plaintiffs JAMES DOE 59 through 71, JAMES DOE 73 through 94, JANET DOE 4 through 7, and JEAN DOE 3 through 6 attended services at the Little Flower of Jesus Parish, located in Hooper Bay, Alaska, at St. Michael's Parish located in St. Michael, Alaska, at St. Bernard's Parish located in Stebbins, Alaska, St. Lawrence Catholic Church located in Mountain Village, Alaska, Sacred Heart Parish in Chevak, Alaska, St. Peter Catholic Church in Nunam Iqua, Alaska and/or Our Lady of the Snows Parish located in Nulato, Alaska. Many of these plaintiffs served as altar boys in their home parishes. The village churches are activities of the Catholic Church and the Jesuit defendants, and were at all times relevant hereto operated, managed, staffed, and controlled by the Jesuit defendants.

14.     Joseph Lundowski[2], born in 1918, was a Trappist monk who left the Order because of his inability to withstand the rigors of monastic life. Plaintiffs assert that this is "code" for his improper and illegal sexual involvement with children. He was recruited and directly supervised by a Jesuit priest, Father George S. Endal, S.J.[3], as a worker in the Holy Rosary Mission School in Dillingham, Alaska and at Clark's Point, Alaska, at least as early as 1960. Among other duties, Father Endal placed Joseph Lundowski in charge of the boys' dormitory at the Holy Rosary Mission School, of which Father Endal was the Father Superior, and assigned him to clerical duties at Clark's Point, Alaska. Father Endal also gave Joseph Lundowski the religious title of "Brother." Joseph Lundowski followed Father Endal to Nulato in 1962, where he was involved in a scandal with a

---

[2] Joseph Lundowski is deceased.
[3] Father George Endal, S.J. is deceased.

Case 4:09-cv-00008-RRB     Document 1-2     Filed 02/27/09     Page 10 of 41

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

person who was "not a woman." Although Bishop Francis Gleeson (himself a Jesuit priest) and Father Jules Convert, the Superior Regular of all Alaskan Jesuits, were both aware of Joseph Lundowski's illegal sexual proclivities, and the danger he posed to children, he was not discharged from his duties; rather, he was transferred to Hooper Bay with Father Endal, where he continued to molest and sexually assault boys and young men. Father George Endal, S.J., was aware of and participated in the abuse of children by Joseph Lundowski. In an affidavit filed in Superior Court in Alaska, James Doe 29 stated: *"Father Endal knew that I was being abused, because he came into the back of the church one day and saw Joe sucking on my penis.* He did nothing to stop the abuse, and simply told me to stay away from Joe because it wasn't safe. I was six years old. On a later occasion, Father Endal also tried to molest me, but stopped when another student came into the room. Father Grief also knew of Joe Lundowski's abusive acts, and he too warned me not to be alone with Brother Joe. I tried to protect myself, but I was only a child."

15.     Brother Lundowski's sexual predation of children accelerated after he and Father Endal were transferred to St. Michael and Stebbins 1968. While he was in Stebbins and St. Michael, Joseph Lundowski began serving as a *de facto* Deacon, giving homilies and conducting religious services, including administering communion to the faithful. He also served as a catechist, often molesting boys after Mass or catechism. He engaged or attempted to engage in genital fondling, masturbating and/or oral copulation with Plaintiffs James Does 59 through 71 and 73-94 and fondled the genitals and breasts of Janet Does 4 through 6, rubbed his penis against Janet Does 4 through 7 and forcibly

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

8

vaginally raped Janet Doe 4. He also forced many of these individuals to submit to anal sodomy, and required them to masturbate him or to perform fellatio on him or on each other while he watched. Most frequently Brother Lundowski performed fellatio on the children who came to the rectory. He gave them hard candy, money he stole from the collection plate, cooked food, baked goods, beer, sacramental wine, brandy and/or better grades (silver, blue, or gold stars) on their catechism assignments in exchange for sexual favors. Joseph Lundowski told many of the children not to tell about the sexual acts he engaged in with them, and also warned some of them that if they told what he was doing to them, no one would believe them because he worked for God. Joseph Lundowski continued his molestations of children until 1975, when he was caught by Martha Abouchuk (now deceased) in an illicit sexual act with James Doe 20, a plaintiff in a previously filed suit who has now settled his claims with defendants. He was thereafter discharged from his service with the Diocese of Fairbanks, and left the State of Alaska. Joseph Lundowski's is deceased.

16.     Defendant Anton Smario (also known as known as Anthony Smario) is a resident of California. His address is 3724 Merridan Street, Concord, CA 94518. At all times relevant Anton Smario was a Franciscan Monk of the third order and a member of the Friars of Saint Francis, Province of Santa Barbara. The Friars of Saint Francis are a Catholic Order whose legal name is the Franciscan Friars of California, Inc. He was received into the third order of Saint Francis at the Saint Boniface Church in the Archdiocese of San Francisco, taking the name "Brother Epiphany." Saint Boniface Church is an activity of the Franciscan Friars of California. Anton Smario is also listed in

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

the Diocese of Fairbanks February 1968 Directory as a lay volunteer responsible for Public Relations. Subsequent to his assignment at Copper Valley School, he was transferred to the parishes of Stebbins and St. Michaels, Alaska, where he worked as a *de facto* Deacon and catechist, holding services in the Catholic churches in St. Michael and Stebbins in the absence of the assigned Jesuit priest, Father Endal. He also taught catechism in Stebbins and St. Michael, Alaska. Smario taught religion classes to the young girls and Joseph Lundowski taught the young boys. After catechism Smario would let the young girls stay in the classroom at the rectory and play or color in coloring books, offering them food, juice, and sweets as an inducement to remain after class. He then would unzip his pants, and completely expose his genitals to these children, and masturbate to ejaculation as he walked around the classroom. He would ask the girls to touch his penis, and would rub his erect penis on their backs, necks, and arms. Sometimes he would wipe or rub his semen on the girls after he ejaculated.

17.    Father Norman E. Donohue, S.J., ("Father Donohue") was ordained as a Jesuit priest, and was a member of the Oregon Province of the Society of Jesus. From approximately August 12, 1941 through at least 1983, Father Donohue was assigned by the Father General and/or the Diocese of Fairbanks and/or the Oregon Province and/or the Alaska Jesuits to duties in Alaska. From 1967 through 1973 Father Donohue was the resident pastor in Kaltag and Nulato, living variously in both places. He was the pastor at Our Lady of the Snows Catholic Church at all times relevant to the events which give rise to the complaint in this case. At all times relevant herein, Father Norman Donohue, S.J. was acting as an agent and/or at the direction of the defendants the Oregon Province, the

10

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

Alaska Jesuits, Father Stephen Sundborg, S.J., the Pioneer Education Society, the Father General and/or DOES 1 through 100[4].

18.    Defendant Henry G. Hargreaves, S.J., hereinafter identified as "Father Hargreaves," is a Roman Catholic Priest and a member of the Society of Jesus, Oregon Province.  His current residence address is Regis Jesuit Community, 1107 N. Astor Street, Spokane, Washington 99202-1724.  Father Hargreaves was assigned by the Oregon Province to work as a Roman Catholic priest in Alaska for many years, beginning in 1949 and continuing through the early 2000's, and at all times relevant was a resident of the State of Alaska.

19.    At all times relevant, Father Hargreaves worked under the direct supervision of defendants the Oregon Province, the Alaska Jesuits, Father Stephen Sundborg, S.J., the Pioneer Education Society, the Father General and/or DOES 1 through 100, a position presently filled by Father General Adolfo Nicolas, S.J..  Father Hargreaves, born in 1914, was ordained as a Roman Catholic Priest for the Society of Jesus in 1947. He first came to Alaska in 1949 as a Roman Catholic Priest and was given faculties, that is, authority to serve as a Roman Catholic priest, by Bishop Francis D. Gleeson in 1949.  Those faculties continued in effect and were not revoked or amended during the time period relevant to this complaint.  During his 50-year career with the Society of Jesus, Rome, the Oregon Jesuits, the Alaska Jesuits, and the Fairbanks Diocese in Alaska, Father Hargreaves was assigned to work in Hooper Bay, Chevak, Fairbanks, Bethel, St. Michael, Stebbins, Unalakleet, Nulato, Kotlik, Toksuk Bay, Emmonak, Alakanuk, Numan Iqua, Nelson Island and Tununak,

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

---

[4]Father Norman E. Donohue, S.J. is deceased.

11

Alaska. Joseph Lundowski, Father Endal, Anton Smario, Father Hargreaves, Father Donohue and Father Fallert are at times collectively referred to herein as "the abusers."

20. Defendant Stephen Sundborg, S.J., is a Roman Catholic Priest and a member of the Society of Jesus, Oregon Province. Father Sundborg currently serves as the President of Seattle University, a Jesuit institution. From 1990 to 1996, Father Sundborg served as the Provincial of the Oregon Province of the Society of Jesus. The provincial is the personal representative of the Father General at the Province level and the Provincial receives new members into the society on the behalf of the Father General. General Congregation 35, Decree 5, page 40, paragraph 24. The Provinces are a geographic section of the Society of Jesus established for the best administration of the work of the Society of Jesus. Provinces are both created and suppressed by the Father General in Rome.

21. As Provincial, Father Sundborg had access to the personnel and/or confidential file of each and every Jesuit priest serving in the Oregon Province, including all Jesuits priest assigned to Alaska. Father Thomas R. Royce, S.J., who served as the Provincial of the Oregon Province from approximately 1980 to 1986 (a mere four years before Father Sundborg became Provincial), testified in his deposition that located in the Provincial's office was a group of files called the "hell files." These files contained information about Jesuit priests that was "special," "not public" and "not good." (10/6/05 Deposition of Thomas R. Royce, S.J., page 24, lines 2 through 7). Specifically, as Provincial, Father Sundborg had access to the personnel file and/or "hell file" of Father Henry G. Hargreaves and other molester Jesuits. As such, Father Sundborg had actual or constructive notice and possessed actual and/or constructive knowledge that Father

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

Hargreaves was a serial child molestor. Despite this knowledge, Father Sundborg allowed Father Hargreaves to remain in ministry. As a direct result of Father Sundborg's decision, Father Hargreaves was able to continue molesting children, including but not limited to JAMES DOE 94, who was raped by Father Hargreaves in 1992, when JAMES DOE was approximately 6 years old.

22.     Father Francis J. Fallert, S.J.,[5] hereinafter identified as "Father Fallert," was a Roman Catholic Priest and a member of the Society of Jesus, Oregon Province. Father Fallert was assigned by the Oregon Province to work as a Roman Catholic priest in Alaska for many years, beginning in 1947, during his "regency" period, and continuing through the early 1990, and at all times relevant was a resident of the State of Alaska. Father Fallert, during his career as a Jesuit priest, was assigned to St. Michael, Stebbins, Kaltag, Unalakleet, Anchorage, Mountain Village, Toksook Bay, Newtok and Tununak. Father Fallert also served as the Principal of the Copper Valley School from 1956 to 1965. Father Fallert served as the General Superior of the Alaska Jesuits from 1976 to 1982.

23.     At all times relevant herein, the Native villages of the State of Alaska were essentially a "dumping ground" for Jesuit priests unsuited to serve anywhere else in the Jesuit organization. At all times relevant herein, there were no fewer than fifteen pedophile priests in active ministry in the Native villages in Alaska. Defendants, and each of them, intentionally, willfully and recklessly chose to place these known pedophile priests in assignments in Native villages for a variety of reasons, including, but not limited to: 1) At all times relevant the Native Alaskan population lived in remote, often inaccessible locales

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

---

[5] Father Francis J. Fallert, S.J., is deceased,

with little or no access to law enforcement, making it virtually impossible for them to report any child sexual abuse to the authorities; and 2) At all times relevant the Native Alaskan population lived in remote, often inaccessible locales with little or no access to proper healthcare, making it virtually impossible for any trained healthcare provider to detect the signs of childhood sexual abuse in the Native population. Defendants, and each of them, made a calculated effort, initiated at the highest levels of the Society of Jesus, including, but not limited to, each and every Father General of the Order during the time periods alleged herein, to "dump" these "problem priests" in a location in which the priests could avoid detection and continued to sexually abuse countless Native children.

24.     At all times relevant herein, the hierarchy of the Society of Jesus exhibited a callous disregard towards the mental, physical and emotional well-being, health and welfare of the Native population of Alaska and any possible effects the sexual abuse of minor children would have on the Native population. Father William J. Loyens, S.J.[6], a member of the Society of Jesus since 1947, served as the General Superior of the Alaska Jesuits from 1973 to 1976 and then served as the Provincial of the Oregon Province of the Society of Jesus, testified in his 2004 deposition that the Native population was "fairly loose on sexual matters" and that heinous sexual abuse of Native children by a priest would be "less impressive" than sexual abuse of a white child and that heinous sexual abuse of Native children by a priest wouldn't have much of an impact.  (1/16/04 Deposition of Father William J. Loyens, S.J., Page 54, line 13 to Page 56, line 14).

### FIRST CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

---

[6]  Father William J. Loyens, S.J. is deceased

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

25. Plaintiff James Doe 59 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 59 and his family were members of the Catholic Church, and they attended services at St. Bernard's Parish, located in Stebbins, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 59 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

26. In 1967 through 1970, when he was 13 through 16 years of age, James Doe 59 was a parishioner at St. Bernard's Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at St. Bernard's Church, Plaintiff James Doe 59 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

27. On unknown dates in 1967 through 1970, when he was 13 through 16 years of age, Plaintiff James Doe 59 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski performing fellatio on Plaintiff James Doe 59. The sexual abuse occurred in the church and the rectory. Brother Lundowski would give Plaintiff food and money to keep quiet about the sexual abuse.

28. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 59 suffered great injury and

harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## SECOND CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
### (Against All Jesuit Defendants)

29.     Plaintiff James Doe 60 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 60 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 60 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

30.     In 1965 through 1968, when he was 9 through 12 years of age, Plaintiff James Doe 60 was a parishioner at Little Flower of Jesus Parish, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little Flower of Jesus Parish, Plaintiff James Doe 60 came to know, admire, trust, revere and respect Father George Endal, S.J., the pastor of Little Flower of Jesus Parish and Joseph Lundowski, his

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

16

Roman Catholic deacon and religious instructor.

31.    On unknown dates in 1965 through 1968, when he was 9 through 12 years of age, Plaintiff James Doe 60 was sexually molested by Joseph Lundowski on numerous occasions.    The molestations included, but were not limited to, Joseph Lundowski performing fellatio on Plaintiff James Doe 60, Joseph Lundowski fondling and masturbating Plaintiff, Joseph Lundowski masturbating in front of Plaintiff, and Joseph Lundowski forcing Plaintiff to perform oral sex on him.  The sexual abuse occurred in the parish rectory and other locations on parish property.

32.    On unknown dates in 1965 through 1968, when he was 9 through 12 years of age, Plaintiff James Doe 60 was sexually molested by Father Endal on numerous occasions. The molestations included, but were not limited to, Father Endal performing fellatio on Plaintiff James Doe 60 and Father Endal anally raping Plaintiff.  The sexual abuse occurred in the parish rectory and other locations on parish property.

33.    As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 60 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## THIRD CLAIM FOR RELIEF-- SEXUAL ABUSE OF A MINOR

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

17

34.     Plaintiff James Doe 61 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 61 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 61 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

35.     In 1967 through 1968, when he was 13 through 14 years of age, Plaintiff James Doe 61 was a parishioner Little Flower of Jesus Church, located within the Fairbanks Diocese. Through his membership and participation as a parishioner at Little Flower of Jesus Church, Plaintiff James Doe 61 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

36.     On unknown dates in 1967 through 1968, when he was 13 through 14 years of age, Plaintiff James Doe 61 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski performing fellatio on Plaintiff James Doe 61 Joseph Lundowski penetrating Plaintiff's anus with his fingers, Joseph Lundowski forcing Plaintiff to masturbate him and Joseph Lundowski attempting to penetrate Plaintiff's anus with his penis. The sexual abuse occurred in the parish rectory.

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

37.     As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 61 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

### FOURTH CLAIM FOR RELIEF-- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

38.     Plaintiff James Doe 62 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 62 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 62 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

39.     In 1965 through 1968, when he was 14 through 17 years of age, Plaintiff James Doe 62 was a parishioner at Little Flower of Jesus Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

Flower of Jesus Church, Plaintiff James Doe 62 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

40. On unknown dates in 1965 through 1968, when he was 14 through 17 years of age, Plaintiff James Doe 62 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski performing fellatio on Plaintiff James Doe 62, Joseph Lundowski masturbating to ejaculation while molesting Plaintiff, and Joseph Lundowski attempting to penetrate Plaintiff's anus with his penis. The sexual abuse occurred in the parish rectory.

41. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 62 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## FIFTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
### (Against All Jesuit Defendants)

42. Plaintiff James Doe 63 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 63 and his family were members of the Catholic Church, and they attended services at St. Bernard's Parish, located in Stebbins, Alaska. He was raised in a

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

20

devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 63 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

43. In 1971 through 1972 when he was 9 through 10 years of age, Plaintiff James Doe 63 was a parishioner at St. Bernard's Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at St. Bernard's Church, Plaintiff James Doe 63 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

44. On unknown dates in 1971 through 1972, when he was 10 through 15 years of age, Plaintiff James Doe 63 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski fondling Plaintiff's penis, Joseph Lundowski masturbating Plaintiff and Joseph Lundowski attempting to perform fellatio on Plaintiff James Doe 63. The sexual abuse occurred in the parish rectory.

45. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 63 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

21

$100,000.00, the exact amount to be proven at trial.

## SIXTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
### (Against All Jesuit Defendants)

46.    Plaintiff James Doe 64 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 64 and his family were members of the Catholic Church, and they attended services at St. Bernard's Parish, located in Stebbins, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 64 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

47.    In or about 1975 when he was 10 or 11 years of age, Plaintiff James Doe 64 was a parishioner at St. Bernard's Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at St. Bernard's Church, Plaintiff James Doe 64 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

48.    On unknown dates in 1975 when he was 10 or 11 years of age, Plaintiff James Doe 64 was sexually molested by Joseph Lundowski on multiple occasions. The molestations included, but were not limited to, Joseph Lundowski performing fellatio on Plaintiff James Doe 64 and Joseph Lundowski forcing Plaintiff to fondle his penis. The sexual abuse occurred in the parish rectory.

49.    As a direct and proximate result of the felony sexual abuse of a minor

22

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

described in the preceding paragraphs, Plaintiff James Doe 64 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

SEVENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

50.     Plaintiff James Doe 65 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 65 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 65 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

51.     In 1964 through 1965 when he was 9 through 10 years of age, Plaintiff James Doe 65 was a parishioner at Little Flower of Jesus Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little Flower of Jesus Church, Plaintiff James Doe 65 came to know, admire, trust, revere and respect

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

Joseph Lundowski, his Roman Catholic deacon and religious instructor.

52.     On unknown dates in 1964 through 1965, when he was 9 through 10 years of age, Plaintiff James Doe 65 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski forcing Plaintiff James Doe 65 to masturbate him. The sexual abuse occurred in the parish rectory.

53.     As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 65 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

EIGHTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

54.     Plaintiff James Doe 66 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 66 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 66 developed great admiration, trust, reverence, and respect

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

24

for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

55.     In or about 1965 when he was 15 years of age, Plaintiff James Doe 66 was a parishioner at Little Flower of Jesus Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little Flower of Jesus Church, Plaintiff James Doe 66 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

56.     On unknown dates in 1965, when he was 15 years of age, Plaintiff James Doe 66 was sexually molested by Joseph Lundowski. The molestation included, but was not limited to, Joseph Lundowski providing alcohol to James Doe 66, getting him intoxicated and then fondling Plaintiff's penis and attempting to force Plaintiff to fondle Joseph Lundowski's penis. The sexual abuse occurred in the parish rectory.

57.     As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 66 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## NINTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
### (Against All Jesuit Defendants)

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

25

58.     Plaintiff James Doe 67 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 67 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 67 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

59.     In 1965 through 1968 when he was 12 through 15 years of age, Plaintiff James Doe 67 was a parishioner at Little Flower of Jesus Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little Flower of Jesus Church, Plaintiff James Doe 67 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

60.     On unknown dates in 1965 through 1968, when he was 12 through 15 years of age, Plaintiff James Doe 67 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski forcibly dragging Plaintiff into his room at Little Flower of Jesus Church, removing his false teeth and performing fellatio on Plaintiff James Doe 67. The sexual abuse occurred in the parish rectory. On one occasion, Father Donohue (who was visiting Hooper Bay) caught Joseph Lundowski sexually molesting Plaintiff James Doe 67, but said nothing and left the room, allowing Joseph Lundowski to continue molesting Plaintiff.

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

26

61.    As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 67 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

### TENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

62.    Plaintiff James Doe 68 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 68 and his family were members of the Catholic Church, and they attended services at St. Bernard's Parish, located in Stebbins, Alaska.  He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church.  As a result, Plaintiff James Doe 68 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

63.    In 1974 through 1975 when he was 6 through 7 years of age, Plaintiff James Doe 68 was a parishioner at St. Bernard's Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at St. Bernard's Church, Plaintiff James Doe 68 came to know, admire, trust, revere and respect Joseph Lundowski, his

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

Roman Catholic deacon and religious instructor.

64.    On unknown dates in 1974 through 1975, when he was 6 through 7 years of age, Plaintiff James Doe 68 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski exposing his penis to Plaintiff, Joseph Lundowski masturbating in front of Plaintiff, Jospeh Lundowski masturbating Plaintiff, and Joseph Lundowski performing fellatio on Plaintiff James Doe 68. The sexual abuse occurred in the parish rectory.

65.    As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 68 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

### ELEVENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

66.    Plaintiff James Doe 69 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 69 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

28

celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 69 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

67.     In 1965 through 1968 when he was 11 through 14 years of age, Plaintiff James Doe 69 was a parishioner at Little Flower of Jesus Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little Flower of Jesus Church, Plaintiff James Doe 69 came to know, admire, trust, revere and respect Father George S. Endal, S.J., the pastor of Little Flower of Jesus Church, Father Norman E. Donohue, S.J., a Jesuit priest assigned to Little Flower of Jesus Church and Joseph Lundowski, his Roman Catholic deacon and religious instructor.

68.     On unknown dates in 1965 through 1968 when he was 11 through 14 years of age, Plaintiff James Doe 69 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski fondling Plaintiff's penis, Joseph Lundowski performing fellatio on Plaintiff, and Joseph Lundowski penetrating Plaintiff James Doe 69's anus with his penis. The sexual abuse occurred in the parish rectory.

69.     On unknown dates in 1965 through 1968 when he was 11 through 14 years of age, Plaintiff James Doe 69 was sexually molested by Father Norman E. Donohue on numerous occasions. The molestations included, but were not limited to, Father Donohue penetrating Plaintiff James Doe 69's anus with his penis. The sexual abuse occurred in the parish rectory.

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

29

70. On unknown dates in 1965 through 1968 when he was 11 through 14 years of age, Plaintiff James Doe 69 was sexually molested by Father George S. Endal, S.J. on numerous occasions. The molestations included, but were not limited to, Father Endal penetrating Plaintiff's penis with his anus. Father Endal would give Plaintiff James Doe 69 hard candy after he had raped Plaintiff. The sexual abuse occurred in the parish rectory.

71. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 69 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## TWELFTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
### (Against All Jesuit Defendants)

72. Plaintiff James Doe 70 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 70 and his family were members of the Catholic Church, and they attended services at St. Bernard's Parish, located in Stebbins, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 70 developed great admiration, trust, reverence, and respect for, and

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

30

obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

73. In 1969 through 1971 when he was 10 through 12 years of age, Plaintiff James Doe 70 was a parishioner at St. Bernard's Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at St. Bernard's Church, Plaintiff James Doe 70 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

74. On unknown dates in 1969 through 1971 when he was 10 through 12 years of age, Plaintiff James Doe 70 was sexually molested by Joseph Lundowski. The molestation included, but was not limited to, Joseph Lundowski performing fellatio on Plaintiff James Doe 70 and Joseph Lundowski penetrating Plaintiff's anus with his penis. The sexual abuse occurred in the parish rectory.

75. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 70 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

<u>THIRTEENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR</u>
(Against All Jesuit Defendants)

76. Plaintiff James Doe 71 incorporates by reference the preceding paragraphs of

31

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 71 and his family were members of the Catholic Church, and they attended services at Our Lady of the Snows Parish, located in Nulato, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 71 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

77. In 1957 through 1967 when he was 6 through 16 years of age, Plaintiff James Doe 71 was a parishioner at Our Lady of the Snows Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Our Lady of the Snows Church, Plaintiff James Doe 71 came to know, admire, trust, revere and respect Father Henry G. Hargreaves, S.J., a priest assigned to Our Lady of the Snows Church, and Joseph Lundowski, his Roman Catholic deacon and religious instructor.

78. On unknown dates in 1957, when he was 6 or 7 years of age, Plaintiff James Doe 71 was sexually molested by Father Hargreaves on multiple occasions. The molestations included, but were not limited to, Father Hargreaves fondling Plaintiff James Doe 71's genitals. The sexual abuse occurred at Fish Island, a pond that Father Hargreaves took Plaintiff to for the ostensible purpose of teaching Plaintiff how to swim.

79. On unknown dates between 1964 and 1967, when he was 13 through 16 years of age, James Doe 71 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

massaging Plaintiff, putting his hands underneath Plaintiff's shirt and shorts, and Joseph Lundowski fondling Plaintiff James Doe 71's penis. The sexual abuse occurred at the rectory.

80. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 71 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

<u>FOURTEENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR</u>
(Against All Jesuit Defendants)

81. Plaintiff James Doe 73 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 73 and his family were members of the Catholic Church, and they attended services at Little Flower of Jesus Parish, located in Hooper Bay, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 73 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

33

82. In 1965 through 1968 when he was 8 through 11 years of age, Plaintiff James Doe 73 was a parishioner at Little Flower of Jesus Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Little Flower of Jesus Church, Plaintiff James Doe 73 came to know, admire, trust, revere and respect Father George S. Endal, S.J., pastor of Little Flower of Jesus Church, and Joseph Lundowski, his Roman Catholic deacon and religious instructor.

83. On unknown dates in 1965 through 1968, when he was 8 through 11 years of age, Plaintiff James Doe 73 was sexually molested by Joseph Lundowski on at least one occasion. The molestation included, but was not limited to, Joseph Lundowski fondling Plaintiff's penis, masturbating Plaintiff James Doe 73, and forcing Plaintiff to perform fellatio on him. The sexual abuse occurred in the parish.

84. On unknown dates in 1965 through 1968, when he was 8 through 11 years of age, Plaintiff James Doe 73 was sexually molested by Father Endal on at least one occasion. The molestation included, but was not limited to, Father Endal fondling Plaintiff James Doe 73's penis and masturbating Plaintiff James Doe 73. The sexual abuse occurred on the parish property.

85. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 73 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession,

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

34

and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## FIFTEENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
### (Against All Jesuit Defendants)

86.    Plaintiff James Doe 74 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 74 and his family were members of the Catholic Church, and they attended services in the Little Flower of Jesus Parish, located in Hooper Bay, Alaska.  He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church.  As a result, Plaintiff James Doe 74 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

87.    In 1967 through 1969 when he was 10 through 12 years of age, Plaintiff James Doe 74 was a parishioner at the Little Flower of Jesus, located within the Diocese of Fairbanks.  Through his membership and participation as a parishioner at the Little Flower of Jesus Church, Plaintiff James Doe 74 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

88.    On unknown dates in 1967 through 1969, when he was 10 through 12 years of age, James Doe 74 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski fondling Plaintiff's penis and masturbating Plaintiff James Doe 74.  The sexual abuse occurred in the parish

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

35

rectory.

89. As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 74 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

### SIXTEENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR
(Against All Jesuit Defendants)

90. Plaintiff James Doe 75 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 75 and his family were members of the Catholic Church, and they attended services in St. Bernard's Parish, located in Stebbins, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 75 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

91. In 1969 through 1970 when he was approximately 12 years of age, Plaintiff James Doe 75 was a parishioner at St. Bernard's Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at St. Bernard's

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

36

Church, Plaintiff James Doe 75 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

92.    On unknown dates in 1969 through 1970, when he was approximately 12 years of age, Plaintiff James Doe 75 was sexually molested by Joseph Lundowski on numerous occasions.    The molestations included, but were not limited to, Joseph Lundowski exposing his penis to Plaintiff, Joseph Lundowski masturbating in front of Plaintiff James Doe 75, and Joseph Lundowski rubbing his erect penis on Plaintiff's anus. Plaintiff recalls that after the sexual abuse by Joseph Lundowski, Plaintiff's underwear would be bloody. The sexual abuse occurred in the parish rectory.

93.    As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 75 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession, and other economic and non-economic injury all to his damage in an amount in excess of $100,000.00, the exact amount to be proven at trial.

## SEVENTEENTH CLAIM FOR RELIEF -- SEXUAL ABUSE OF A MINOR

### (Against All Jesuit Defendants)

94.    Plaintiff James Doe 76 incorporates by reference the preceding paragraphs of this Complaint and further alleges that he has lived in Western Alaska his entire life. Plaintiff James Doe 76 and his family were members of the Catholic Church, and they

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

37

attended services in Sacred Heart Parish, located in Chevak, Alaska. He was raised in a devout Roman Catholic family, was baptized, confirmed, and regularly celebrated mass and received the sacraments through the Roman Catholic Church. As a result, Plaintiff James Doe 76 developed great admiration, trust, reverence, and respect for, and obedience to, Roman Catholic priests and members of Roman Catholic religious orders.

95.     In 1967 through 1968 when he was 11 through 12 years of age, Plaintiff James Doe 76 was a parishioner at Sacred Heart Church, located within the Diocese of Fairbanks. Through his membership and participation as a parishioner at Sacred Heart Church, Plaintiff James Doe 76 came to know, admire, trust, revere and respect Joseph Lundowski, his Roman Catholic deacon and religious instructor.

96.     On unknown dates in 1967 through 1968 when he was 11 through 12 years of age, Plaintiff James Doe 76 was sexually molested by Joseph Lundowski on numerous occasions. The molestations included, but were not limited to, Joseph Lundowski fondling Plaintiff, Joseph Lundowski forcing Plaintiff to fondle his penis, and forcing Plaintiff to watch as other minor boys masturbated Joseph Lundowski to ejaculation. The sexual abuse occurred in the parish rectory.

97.     As a direct and proximate result of the felony sexual abuse of a minor described in the preceding paragraphs, Plaintiff James Doe 76 suffered great injury and harm including, but not limited to, severe emotional distress, great mental anguish, spiritual theft, loss of faith in God and the Catholic Church, loss of social interaction with others in the community, fear of priests and religious, loss of access to the Holy Sacraments of the Roman Catholic Church, including, but not limited to, Holy Communion and Confession,

Law Offices
COOKE ROOSA LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Phone: (907) 276-2744
Facsimile: (907) 276-2746

38